# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MICHAEL D. FRAZIER**  **PLAINTIFF**
*ADC #151108*

v.  **CASE NO. 3:22-CV-00048-BSM**

**TAMMY GLENN,** *et al.*  **DEFENDANTS**

## ORDER

Michael Frazier has not complied with the February 28, 2022 order [Doc. No. 3] directing him to pay the filing fee or file a properly completed motion to proceed *in forma pauperis*, including a certificate of inmate trust account and calculation sheet. The time to do so has expired. Further, mail sent to Frazier at his address of record, the Greene County Detention Facility, has been returned undelivered. Doc. Nos. 4, 5. Accordingly, this case is dismissed without prejudice for failure to prosecute. *See* Local Rule 5.5(c)(2); Fed. R. Civ. P. 41(b). It is certified that an *in forma pauperis* appeal from would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 1st day of April, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE