**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MICHAEL D. FRAZIER**                                                    **PLAINTIFF**
*ADC #151108*

**v.**                                    **CASE NO. 3:22-CV-00048-BSM**

**TAMMY GLENN,** *et al.*                                               **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 1st day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE