Case 3:22-cv-00048-BSM   Document 11   Filed 01/11/23   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MICHAEL D FRAZIER**                                                                                     **PLAINTIFF**
ADC #151108

v.                                    CASE NO. 3:22-CV-00048-BSM

**TAMMY GLENN,** *et al.*                                                                            **DEFENDANTS**

## ORDER

Michael Frazier's motion to reopen his case [Doc. No. 10] is denied.  Frazier's complaint was dismissed without prejudice on April 1, 2022, and his case was closed.  Doc. Nos. 6–7.  The clerk is directed to send Frazier both an application to proceed *in forma pauperis* and a section 1983 complaint form should Frazier wish to file a new lawsuit.

IT IS SO ORDERED this 11th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE